Gregory MITCHELL, Appellant,

v.

STATE of Oklahoma, Appellee.

No. F–90–860.

Court of Criminal Appeals of Oklahoma.

Dec. 6, 1994.

### CORRECTION ORDER

In the above-styled and numbered appeal, the Opinion dated December 15, 1993, 876 P.2d 682, for publication, the last paragraph of the OUJI–CR 806 on page 684 was cited incorrectly. The paragraph should be corrected to read as follows:

IF, AFTER A CONSIDERATION OF ALL THE EVIDENCE ON THIS ISSUE, YOU FIND BEYOND A REASONABLE DOUBT THAT THE DEFENDANT WAS IN FLIGHT, THEN THIS FLIGHT IS A CIRCUMSTANCE WHICH YOU MAY CONSIDER WITH ALL THE OTHER EVIDENCE IN THE CASE IN DETERMINING THE QUESTION OF THE DEFENDANT'S GUILT OR INNOCENCE. HOWEVER, IF YOU HAVE A REASONABLE DOUBT THAT DEFENDANT WAS IN FLIGHT, THEN THE FACT OF ANY DEPARTURE IS NOT A CIRCUMSTANCE FOR YOU TO CONSIDER.

IT IS SO ORDERED.

/s/ Gary L. Lumpkin
Gary L. Lumpkin, Presiding Judge

/s/ Charles A. Johnson
Charles A. Johnson, Vice Presiding Judge

/s/ James F. Lane
James F. Lane, Judge

/s/ Charles S. Chapel
Charles S. Chapel, Judge

/s/ Reta M. Strubhar
Reta M. Strubhar, Judge